No. 282. RAVENSCROFT *v.* CASEY ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Lillian E. Ravenscroft, pro se. Messrs. William A. Davidson* and *Francis J. Morgan* for respondents.

No. 283. BRADFORD *v.* RAGEN, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 288. BASS *v.* KENTUCKY. October 9, 1944. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. *Mr. Zeb. A. Stewart* for petitioner. *Messrs. Eldon S. Dummit,* Attorney General, *Elmer Drake* and *Guy H. Herdman,* Assistant Attorneys General, for respondent.

No. 302. WILLIAMS *v.* RAGEN, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 303. BRADSHAW *v.* RAGEN, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 305. NOWAK *v.* ILLINOIS. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.